1  Patrick D. Robbins (CABN 152288)
   SHEARMAN & STERLING LLP
2  535 Mission Street, 25th Floor
   San Francisco, CA 94105
3  Telephone:    (415) 616-1100
   Facsimile:    (415) 616-1199
4  Email:        probbins@shearman.com

5  *Attorney for Defendant Troy Kent*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. CR 11-00800 CRB |
|---|---|
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| v. | |
| TROY KENT, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

      Recognizing that the Court is attempting to schedule sentencings in this matter and multiple related cases, and having communicated with the Court's Courtroom Deputy, undersigned counsel for Defendant Troy Kent, Patrick D. Robbins, respectfully submits this Notice to advise the Court that he is scheduled to be out of the country on another matter from May 21, 2018 to May 24, 2018. Counsel understands that the Court may not be able to accommodate this absence, but provides it in the event that sentencing for Mr. Kent can be scheduled on another day before or after May 21 to 24. Counsel and Mr. Kent appreciate the Court's consideration in this matter.

Respectfully submitted,

DATED: May 10, 2018

SHEARMAN & STERLING LLP

By:    /s/ Patrick D. Robbins
           Patrick D. Robbins

Counsel for Defendant Troy Kent